FILED 18 SEP '25 12:42 USDC-ORE

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:25-cr-00175-MC |
| v. | SUPERSEDING INDICTMENT |
| CODY J. HUNT, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
(Felon in Possession of a Firearm)
(18 U.S.C. § 922(g)(1))

On or about February 11, 2025, through on or about February 13, 2025, in the District of Oregon, defendant **CODY J. HUNT**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically, Unauthorized Use in the Tillamook County Circuit Court in the State of Oregon, Case Number 15CR50757, on or about May 9, 2017, did knowingly and unlawfully possess a firearm, that is, a Radical Arms RF-15 rifle, which had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(l).

## COUNT 2
### (Felon in Possession of Ammunition)
### (18 U.S.C. § 922(g)(1))

On or about February 13, 2025, in the District of Oregon, defendant **CODY J. HUNT**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically, Unauthorized Use in the Tillamook County Circuit Court in the State of Oregon, Case Number 15CR50757, on or about May 9, 2017, did knowingly and unlawfully possess ammunition, that is, two PMC 5.56x45mm rounds, which had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(l).

### FORFEITURE ALLEGATION

Upon conviction of the above offenses, defendant **CODY J. HUNT** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the ammunition and firearm involved in the offenses.

Dated: September 18, 2025

A TRUE BILL.

Presented by:

SCOTT E. BRADFORD
United States Attorney

WILLIAM M. McLAREN
Assistant United States Attorney